IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANN E. LEONARD and
FRANK LEONARD,
    Plaintiffs,

v.                                                                Case No.

DICK'S SPORTING GOODS, INC.,
a Delaware Corporation,
    Defendant.

## NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that defendant, Dick's Sporting Goods, Inc., hereby removes to this Court the state action described below.

On December 30, 2020, an action was commenced in the Essex Superior Court, entitled *Ann E. Leonard and Frank Leonard v. Dick's Sporting Goods, Inc.*, Civil Action No.: 2077CV01309.

Defendant, Dick's Sporting Goods, Inc., by and through its counsel and with its assent, was served with a Summons on January 19, 2021, and received a copy of plaintiffs' Complaint with Jury Demand and Civil Action Cover Sheet.

A copy of all process and pleadings served upon defendant, Dick's Sporting Goods, Inc. in the state court action is attached hereto as Exhibit "A".

This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by the defendant pursuant to the provisions of 28 U.S.C. §1441 in that it is a civil action between citizens of different states, and the matter in controversy is $246,014.62 exclusive of interest and costs, as pled by the plaintiffs, based on alleged personal injury sustained by the plaintiff, Ann E. Leonard. The plaintiff, Ann E. Leonard alleges that as a result of the occurrence she was caused to suffer physical injuries and pain and suffering. The plaintiff, Frank Leonard alleges a loss of consortium.

Defendant, Dick's Sporting Goods, Inc. is informed and believes that the plaintiffs, Ann E. Leonard and Frank Leonard are citizens of the City of Lynn, County of Essex, in the Commonwealth of Massachusetts, as pled in the Plaintiffs' Complaint. Defendant, Dick's Sporting Goods, Inc., was at the time of the filing of this action, and still is, a

citizen of: Incorporated under the laws of the State of Delaware, having a principal office at 345 Court Street, Coraopolis, PA 15108.

WHEREFORE, defendant, Dick's Sporting Goods, Inc. prays that this action be removed to the United States District Court for the District of Massachusetts.

/s/ David A. White
David A. White, Esq.-BBO No. 551682
Davis & White, LLC
869 Turnpike Street
North Andover, MA 01845
(978) 688-1433
dwhite@daviswhite.com

Attorney for Defendants,
DG Retail, LLC d/b/a Dollar General Store, Improperly Named, and Dollar General Corporation, Improperly Named

Dated: 1/20/2021